UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 4, 2009**

Mr. Steven Quattlebaum
Mr. Everett Clarke Tucker, IV
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center St.
Suite 1900
Little Rock, AR 72201-3325

Mr. Jim Julian
Chisenhall, Nestrud & Julian, P.A.
400 West Capitol Ave.
Suite 2840
Little Rock, AR 72201-3415

Mr. R. Porter Feild
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

    Re:    *Combs & Company, Inc. v. Carpenter Sullivan LLC a/k/a Carpenter Sullivan Sossaman LLC (CS2)* -- 4:08CV04223-WRW

Dear Counsel:

Under which legal authority can I place the Motion to Compel and Brief in Support under seal? Please advise by 5:00 p.m., November 11, 2009.

                        Cordially,

                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court